# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br>Keadron Deon Walker | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-mj-00089- MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2025__, at or near __409 N. Lane St, Anchorage, AK__ in the _____ District of __Alaska__, the defendants violated:

1. Felon in possession of a firearm, in violation of 18 U.S.C. Section 922 (g)(1). This criminal complaint is based on these facts:

See attached affidavit.

• Continued on the attached sheet.

*Complainant's signature*

Austin Hatch, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephonically sworn and affirmed.__ *(specify reliable electronic means).*

Date: February ~~13~~, 2025
       14

Judge's Signature

Digitally signed by Matthew M. Scoble
Date: 2025.02.14 09:09:38 -09'00'

City and state: __Anchorage, Alaska__

Matthew M. Scoble
~~Kyle F. Reardon~~ U.S. Magistrate Judge
*Printed name and title*