IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>KEADRON DEON<br><br>WALKER | No. 3:25-mj-00089-MMS |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, AUSTIN HATCH, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Drug Enforcement Administration. I have been a DEA Special Agent since April of 2022. Prior to employment with the DEA, I was employed as an Operations Manager at FedEx for six months. Prior to my employment at FedEx, I was an Army Officer for eight years. As an Army Officer I served as an Airborne Scout Platoon Leader, Caisson Platoon Leader in Arlington National Cemetery, and Tank Company Commander. As an Army Officer, I graduated from Ranger School, Jumpmaster School, Pathfinder School, the Army Reconnaissance Course and Mountain Warfare School. I am a graduate of Utah Valley University, where I obtained a Bachelor of Arts in History. I served a two-year church service mission in Buenos Aires, Argentina, and am fluent in Spanish.

2. I am a graduate of the Drug Enforcement Administration's Basic Agent Training Class 236. As a result of my training and experience as a DEA Special Agent, I received training and practical experience in conducting investigations of controlled substances

violations in conjunction with agents and officers from other jurisdictions.

3. I have conducted and assisted in investigations, which have led to the arrest and conviction of persons for violations dealing with sales, and possession of cocaine, heroin, fentanyl, methamphetamine, and the seizure and forfeiture of assets. I have personally executed over 50 search warrants on suspected drug houses throughout the United States.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

5. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Keadron WALKER committed the following federal criminal offenses:

> **Count 1**: Felon in possession of a firearm, in violation of 18 U.S.C. Section 922 (g)(1)

## FACTS ESTABLISHING PROBABLE CAUSE



6. On February 13, 2025, during the execution of federal search warrant 3:25-mj-00069-MMS, a loaded Glock handgun was found inside of WALKER's room under a pillow on the mattress. WALKER was detained from inside of his bedroom and was getting off the bed when law enforcement encountered him. The Glock handgun under his pillow had a round in the chamber and a 21 round magazine. Additionally assorted ammunition to include 10mm, Colt .45, .22, and an empty magazine were located inside WALKER's bedroom. WALKER described to investigators that his room was the front bedroom on the left as you enter the front door, which was the only bedroom searched by investigators, along with the residence's common areas. WALKER's wallet, with his ID was also located under the pillow next to the Glock handgun. After being read Miranda Rights, WALKER admitted to investigators that he knew he was a felon and said that the firearm was for personal protection because he lived in Mountain View.

7. As a criminal investigator and by speaking with my ATF counterparts, I know that Glock does not manufacture firearms in Alaska, and therefore must have traveled in interstate or foreign commerce prior to February 13, 2025.

8. In 2024, WALKER was convicted in the State of Alaska of the offense of Theft 2, unauthorized use of an access device, a crime punishable by a term of imprisonment of more than 12 months - a felony.



## CONCLUSION

9. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that KEADRON WALKER committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and arrest warrant for the defendant in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

Austin Hatch
Special Agent, Drug Enforcement Administration

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim.

February 14, 2025

HON. ~~Kyle F. Reard...~~ Matthew M. Scoble
United States Magistrate Judge
District of Alaska